ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Attn: Allen G. Kadish
Email: akadish@archerlaw.com

*Attorneys for Decker Associates LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                         Chapter 7

WALTER KIM,

                                         Case No. 25-10888 (DSJ)

           Debtor.
------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE that the undersigned hereby appear in this case as attorneys for

DECKER ASSOCIATES LLC pursuant to Rules 2002, 3017(a), 9007, 9019(b), 9013 and 9027 of

the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States

Code, and request that all notices be given to and served upon:

ARCHER & GREINER, P.C.
Attn: Allen G. Kadish
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 682-4940
Email: akadish@archerlaw.com

and

Decker Associates LLC
Attn: Stephanie H. Goodman
General Counsel
c/o United American Land, LLC
73 Spring Street, 6th Floor
New York, New York 10012
Telephone: (212) 431-7500
Email: sgoodman@ualny.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, e-mail or otherwise, which affect DECKER ASSOCIATES LLC, and/or the above-captioned estate or its property.

PLEASE TAKE FURTHER NOTICE that demand is also made that DECKER ASSOCIATES LLC, and its counsel as indicated herein be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive (a) any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity or otherwise, all of which are expressly reserved.

Dated: New York, New York
      October 9, 2025

ARCHER & GREINER, P.C.

By: _____
    Allen G. Kadish
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com